# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of STEPHEN D. MASHUDA is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 03/31/16

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER