```
                                                              FILED
         UNITED STATES COURT OF APPEALS
                                                              JUL 27 2017
              FOR THE NINTH CIRCUIT
                                                          MOLLY C. DWYER, CLERK
                                                           U.S. COURT OF APPEALS
```

| | |
|---|---|
| In re: THOMAS E. PRICE, Secretary of the United States Department of Health and Human Services; et al. | No. 17-71121 |
| _____ | D.C. No. 3:16-cv-01574-VC Northern District of California, San Francisco |
| THOMAS E. PRICE, Secretary of the United States Department of Health and Human Services; et al., | ORDER |
| Petitioners, | |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, | |
| Respondent, | |
| INSTITUTE FOR FISHERIES RESOURCES; et al., | |
| Real Parties in Interest. | |

Before: GOODWIN, KOZINSKI, and BERZON, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant an answer. *See* Fed. R. App. P. 21(b). Accordingly, within 14 days after the date of this order, the real parties in interest shall file an answer.

The district court, within 14 days after the date of this order, may address the petition if it so desires. The district court may elect to file an answer with this

AC/MOATT

court or to issue a supplemental order and serve a copy on this court. Petitioner may file a reply within 5 days after service of the answer(s).

The Clerk shall serve this order on the district court and District Judge Chhabria.

AC/MOATT 2