UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 26 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: THOMAS E. PRICE, Secretary of the United States Department of Health and Human Services; et al. | No.    17-71121 |

THOMAS E. PRICE, Secretary of the
United States Department of Health and
Human Services; et al.,

            Petitioners,

 v.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
CALIFORNIA, SAN FRANCISCO,

            Respondent,

INSTITUTE FOR FISHERIES
RESOURCES; et al.,

            Real Parties in Interest.

D.C. No. 3:16-cv-01574-VC
Northern District of California,
San Francisco

ORDER

Before:  REINHARDT, PAEZ, and BEA, Circuit Judges.

       The unopposed motion for leave to file a brief as amici curiae (Docket Entry

No. 7) is granted.  The Clerk shall file the brief submitted by amici curiae at

Docket Entry No. 7-2.

AC/MOATT

Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus.  *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977).  Accordingly, the petition is denied.

**DENIED.**