JOSEPH H. HUNT
Assistant Attorney General
DAVID MORRELL
Deputy Assistant Attorney General
MARY M. ENGLEHART
Trial Attorney, Maryland Bar #0712110232
Consumer Protection Branch
United States Department of Justice
450 Fifth St., N.W., Suite 6400 South
Washington, D.C.  20530
Tele:  202-307-0088/Fax:  202-514-8742
Megan.Englehart@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General
MARISSA A. PIROPATO, Trial Attorney (Mass. Bar #651630)
FREDERICK H. TURNER, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C.  20044-7611
Tele:  202-305-0470/Fax:  202-305-0506 (Piropato)
Tele:  202-305-0641/Fax:  202-305-0275 (Turner)
Marissa.piropato@usdoj.gov; Frederick.turner@usdoj.gov

*Attorneys for Federal Defendants*

**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES, *et al.*, | ) Case No. 3:16-cv-01574-VC<br>)<br>) |
| *Plaintiffs,* | ) **MOTION FOR EXTENSION**<br>) **OF TIME TO FILE** |
| v. | ) **FEDERAL DEFENDANTS'**<br>) **COMBINED REPLY IN**<br>) **SUPPORT OF THEIR** |
| ALEX M. AZAR II, *et al.*, | ) **MOTION FOR JUDGMENT**<br>) **ON THE PLEADINGS ON** |
| *Defendants,* | ) **CLAIMS 1, 8, 12, AND 13**<br>) **AND OPPOSITION TO** |
| and | ) **PLAINTIFFS' CROSS**<br>) **MOTION FOR PARTIAL** |
| AQUABOUNTY TECHNOLOGIES, INC. | ) **SUMMARY JUDGMENT**<br>)<br>) |
| *Intervenor-Defendant.* | )<br>) |

Federal Defendants hereby respectfully move for a three-business-day extension of the deadline for their reply in support of their Motion for Judgment on the Pleadings on Claims 1, 8, 12, and 13 and their opposition to Plaintiffs' Cross Motion for Partial Summary Judgment in the above-captioned case. *See* Civ. L.R. 6-3.  Per the Court's Order of April 30, 2019, Federal Defendants' brief is currently due on June 26, 2019.  *See* Doc. 200.  Should the Court grant this motion, Federal Defendants' brief will be due on July 1, 2019.  Federal Defendants would not oppose a three-business-day extension of time for Plaintiffs to file their reply brief, from July 26, 2019 to July 31, 2019, should the Court grant this motion.

Federal Defendants move for an extension for the following reasons:

1. Plaintiffs filed an incomplete version of their Opposition to Federal Defendants' Motion for Judgment on the Pleadings on Claims 1, 8, 12, and 13 and Cross Motion for Partial Summary Judgment on their filing deadline of April 24, 2019.  *See* Doc. 196.  One day later, on April 25, 2019, Plaintiffs filed the completed version of their brief.  *See* Doc. 198.  As a result, Federal Defendants lost one day of their response time due to Plaintiffs' delay in filing a complete brief.

2. Federal Defendants have to coordinate with Intervenor-Defendant on their reply and opposition briefs because the Court ordered them to file a joint brief, and this coordination has taken additional time.

Should the Court grant Federal Defendants' motion for extension, the only dates currently on the schedule that would be affected would be Federal Defendants' deadline for their reply and opposition briefs and, potentially, Plaintiffs' deadline for their reply brief.  The hearing date for these motions could remain as it is currently scheduled for September 5, 2019.

Federal Defendants have conferred with Plaintiffs' counsel about this motion.  Plaintiffs' counsel stated: "Plaintiffs are amenable to a 3 day extension for both Fed[eral] Def[endant]s and Intervenor[-Defendant], on the condition that 3 business days are added to Plaintiffs deadline and

Fed[eral] Def[endant]s agree to provide us with redactions for the confidential documents we identified by July 12.  We think 3 weeks from now is reasonable given that we provided the documents over a month ago." Although Federal Defendants do not oppose the additional time for Plaintiffs, Federal Defendants are not in a position at the time of filing to provide an answer on the redactions for the confidential documents.

Respectfully submitted this 21st day of June, 2019.

                                    JOSEPH H. HUNT
Assistant Attorney General

DAVID MORRELL
Acting Deputy Assistant Attorney General

*/s/ Mary M. Englehart*
MARY M. ENGLEHART, Trial Attorney
U.S. Department of Justice
Consumer Protection Branch

JEAN E. WILLIAMS
Deputy Assistant Attorney General
MARISSA A. PIROPATO, Trial Attorney
FREDERICK H. TURNER, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division

*Attorneys for Federal Defenda*

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document.

/s/ Mary M. Englehart
Mary M. Englehart

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2019, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Mary M. Englehart
Mary M. Englehart