UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>NORMAN SHARPLESS, et al.,<br><br>        Defendants. | Case No. 16-cv-01574-VC<br><br>**ORDER RE SUBSTITUTED PARTY** |

    The Clerk of Court will update the docket to reflect that acting Commissioner of the Food and Drug Administration Norman Sharpless and Secretary of Health and Human Services Alex M. Azar have replaced Robert M. Califf and Thomas E. Price, respectively, as defendants in this case. *See* Fed. R. Civ. P. 25(d).

    **IT IS SO ORDERED.**

Dated: October 28, 2019

_____
VINCE CHHABRIA
United States District Judge