IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES, *et al.*, | ) Case No. 3:16-cv-01574-VC )  )  ) |
| *Plaintiffs*, | )  ) |
| v. | )  ) |
| ALEX M. AZAR II, *et al.*, | )  ) |
| *Defendants*, | )  ) |
| and | )  ) |
| AQUABOUNTY TECHNOLOGIES, INC. | )  ) |
| *Intervenor-Defendant.* | )  ) |

**[~~PROPOSED~~] ORDER**

Upon consideration of the parties' Stipulated Request to Extend Time to Respond to Plaintiffs' Administrative Motion to File Joint Appendix for Cross Motions for Judgment on the Pleadings and Summary Judgment on Claims 1, 8, 12 and 13 Under Seal (Dkt. 215) ("Motion to Seal"), and for good cause shown, it is hereby ORDERED that the time period for responding to Plaintiffs' Administrative Motion to Seal will be extended until five (5) business days following the entry of a Second Amended Protective Order or such other timeframe as Magistrate Judge Corley approves.

November 6, 2019  
———————————  
Date

_____  
HON. VINCE CHHABRIA  
United States District Judge