JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
DANIEL J. FEITH
Deputy Assistant Attorney General
GUSTAV W. EYLER
Director
MARY M. ENGLEHART
Trial Attorney, Maryland Bar #0712110232
Consumer Protection Branch
United States Department of Justice
450 Fifth St., N.W., Suite 6400 South
Washington, D.C.  20530
Tele:  202-307-0088/Fax:  202-514-8742
Megan.Englehart@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General
MARISSA A. PIROPATO, Trial Attorney (Mass. Bar #651630)
FREDERICK H. TURNER, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C.  20044-7611
Tele:  202-305-0470/Fax:  202-305-0506 (Piropato)
Tele:  202-305-0641/Fax:  202-305-0275 (Turner)
Marissa.piropato@usdoj.gov; Frederick.turner@usdoj.gov

*Attorneys for Federal Defendants*

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES, *et al.*, | Case No. 3:16-cv-01574-VC |
| *Plaintiffs,* | **MOTION TO WITHDRAW APPEARANCE OF DAVID M. MORRELL** |
| v. | |
| ALEX M. AZAR II, *et al.*, | HONORABLE VINCE CHHABRIA |
| *Defendants,* | |
| and | |
| AQUABOUNTY TECHNOLOGIES, INC. | |
| *Intervenor-Defendant.* | |

## MOTION TO WITHDRAW APPEARANCE OF DAVID MORRELL

Federal Defendants hereby move to withdraw the appearance of David M. Morrell on behalf of Federal Defendants in the above-captioned case. Mr. Morrell is leaving the United States Department of Justice and will no longer have responsibility for this case. Federal Defendants will continue to be represented by the other attorneys at the Department of Justice who have entered appearances in this case.

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

DANIEL J. FEITH
Deputy Assistant Attorney General

GUSTAV W. EYLER
Director

*/s/ Mary M. Englehart*
MARY M. ENGLEHART
Trial Attorney, Maryland Bar #0712110232
U.S. Department of Justice
Consumer Protection Branch
450 Fifth St., NW, Suite 6400 South
Washington, DC 20530
Tele: 202-307-0088/Fax: 202-514-8742
Megan.Englehart@usdoj.gov

*Attorneys for Federal Defendants*

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES, *et al.*, | ) Case No. 3:16-cv-01574-VC )  ) |
| *Plaintiffs,* | ) [~~PROPOSED~~] **ORDER** ) |
| v. | ) ) HONORABLE VINCE CHHABRIA |
| ALEX M. AZAR II, *et al.*, | ) ) |
| *Defendants,* | ) ) |
| and | ) ) |
| AQUABOUNTY TECHNOLOGIES, INC. | ) ) |
| *Intervenor-Defendant.* | ) ) |

The Court hereby GRANTS Federal Defendants' Motion for David M. Morrell to withdraw as attorney for Federal Defendants in the above-captioned case.

**IT IS SO ORDERED.**

Dated:__September 28, 2020_____

VINCE CHHABRIA
United States District Judge

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document.

/s/ Mary M. Englehart
Mary M. Englehart

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2020, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Mary M. Englehart
Mary M. Englehart