UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES, et al.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,<br><br>Defendant. | 16-cv-01574-VC<br><br>**JUDGMENT** |

The Court, having ruled on cross-motions for summary judgment, now enters judgment in favor of the plaintiffs as to Claims 2, 6, and 10, and enters judgment in favor of the defendants as to all other pending claims. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  November 12, 2020

_____
VINCE CHHABRIA
United States District Judge