GEORGE KIMBRELL (*Pro Hac Vice*)
AMY VAN SAUN (*Pro Hac Vice*)
Center for Food Safety
2009 NE Alberta Street, Suite 207, Portland, OR 97211
T: (971) 271-7372 / F: (971) 271-7374
Emails: gkimbrell@centerforfoodsafety.org
         avansaun@centerforfoodsafety.org

STEPHEN D. MASHUDA (*Pro Hac Vice*)
Earthjustice
810 Second Avenue, Suite 610, Seattle, WA 98104
T: (206) 343-7340 / F: (206) 343-1526
Email: smashuda@earthjustice.org

BRETTNY HARDY (CSB No. 316231)
Earthjustice
50 California Street, Suite 500, San Francisco, CA 94111
T: (415) 217-2142
Email: bhardy@earthjustice.org

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> NORRIS COCHRAN, *et al.*,[1] <br><br> *Defendants,* <br><br> and <br><br> AQUABOUNTY TECHNOLOGIES, INC., <br><br> *Intervenor-Defendant.* | Case No. 3:16-cv-01574-VC <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING PAGE LIMIT FOR PLAINTIFFS' REPLY IN SUPPORT OF RULE 59(e) MOTION TO ALTER OR AMEND JUDGMENT** |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Norris Cochran, in his capacity as Acting Secretary of the Department of Health and Human Services, is automatically substituted for Alex M. Azar II. Likewise, Dr. Janet Woodcock, in her capacity as Acting Commissioner of Food and Drugs, is automatically substituted for Dr. Stephen M. Hahn.

Pursuant to Civil Local Rules 7-11 and 7-12, the parties stipulate and respectfully request that the Court enter the order below for an extension of the page limits applicable to Plaintiffs' Reply in Support of the Rule 59(e) Motion to Alter or Amend the Judgment. In support of this request, the parties stipulate as follows:

1. On December 10, 2020, Plaintiffs moved to alter or amend the Court's November 12, 2020 judgment, pursuant to Federal Rule of Civil Procedure 59(e). ECF No. 291. On January 21, 2021, pursuant to Court's previous scheduling orders, Federal Defendants and Intervenor-Defendant filed separate briefs in opposition to Plaintiffs' motion. ECF Nos. 298 and 299.

2. The parties have conferred and agree that it is most efficient for Plaintiffs to file a single, combined reply of no more than 15 pages in support of their motion addressing arguments from both Federal Defendants and Intervenor-Defendant.

3. The parties therefore stipulate and respectfully request that the Court enter an order permitting Plaintiffs to file a single, combined reply brief of no more than 15 pages in support of their motion to alter or amend the judgment.

4. The February 4, 2021 deadline for Plaintiffs' reply brief and the February 18, 2021 oral argument will remain as scheduled.

Respectfully submitted this 29th day of January, 2021.

*/s/ Brettny Hardy*
BRETTNY HARDY (CSB No. 316231)
Earthjustice
50 California St, Suite 500
San Francisco, CA 94111
T: (415) 217-2142
Email: bhardy@earthjustice.org

STEPHEN D. MASHUDA (*Pro Hac Vice*)
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
T: (206) 343-7340 / F: (206) 343-1526
Email: smashuda@earthjustice.org

GEORGE KIMBRELL (*Pro Hac Vice*)
AMY VAN SAUN (*Pro Hac Vice*)
Center for Food Safety
2009 NE Alberta Street, Suite 207
Portland, OR 97211
(971) 271-7372


BRIAN M. BOYNTON
Acting Assistant Attorney General
MICHAEL D. GRANSTON
Deputy Assistant Attorney General
GUSTAV W. EYLER
Director
HILARY K. PERKINS
Assistant Director

*/s/ Mary M. Englehart* (with permission)
MARY M. ENGLEHART
Trial Attorney, Maryland Bar
Consumer Protection Branch
United States Department of Justice
450 Fifth St., N.W., Suite 6400 South
Washington, D.C. 20530
T: (202) 307-0088 / F: (202) 514-8742
Megan.englehart@usdoj.gov


JEAN E. WILLIAMS
Deputy Assistant Attorney General
MARISSA A. PIROPATO, Trial Attorney (Mass. Bar #651630)
FREDERICK H. TURNER, Trial Attorney (Maryland Bar)
MICHAEL S. SAWYER, Trial Attorney (D.C. Bar #1009040)
United States Department of Justice, Environment & Natural Resources Division
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tele: 202-305-0470/Fax: 202-305-0506 (Piropato)
Tele: 202-305-0641/Fax: 202-305-0275 (Turner)
Tele: 202-514-5273/Fax: 202-305-0506 (Sawyer)
Marissa.piropato@usdoj.gov;
Frederick.turner@usdoj.gov;
Michael.Sawyer@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Karen Ellis Carr\* (with permission)*
ARENT FOX LLP
Stanley H. Abramson (*Pro Hac Vice*)
Donald C. McLean (*Pro Hac Vice*)
Karen Ellis Carr (*Pro Hac Vice*)
1717 K Street, NW
Washington, D.C. 20006-5344
T: (202) 857-6000 / F: (202) 857-6395
Stanley.abramson@arentfox.com
Donald.mclean@arentfox.com
Karen.carr@arentfox.com

Lynn R. Fiorentino (California Bar 226691)
55 Second Street, 21st Floor
San Francisco, CA 94105
T: (415) 757-5517 / F: (415) 757-5501
Lynn.fiorentino@arentfox.com

*Attorneys for Intervenor-Defendant*

### ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document. I further attest that I have obtained the concurrence in the filing of the document from the other signatories.

*/s/ George Kimbrell*
George Kimbrell

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this __3rd__ day of ____February___, 2021.

THE HONORABLE VINCE CHHABRIA
United States District Judge

CASE NO. 3:16-cv-01574-VC
JOINT STIPULATION TO EXTEND PAGE LIMITS                                                     3