UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-01574-VC<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO ALTER OR AMEND THE JUDGMENT**<br><br>Re: Dkt. No. 291 |

The motion is denied.

**IT IS SO ORDERED.**

Dated: February 9, 2021

_____
VINCE CHHABRIA
United States District Judge