BRIAN M. BOYNTON, Acting Assistant Attorney General
MICHAEL D. GRANSTON, Deputy Assistant Attorney General
GUSTAV W. EYLER, Director
HILARY K. PERKINS, Assistant Director
MARY M. ENGLEHART, Trial Attorney, Maryland Bar
Consumer Protection Branch, United States Department of Justice
450 Fifth St., N.W., Suite 6400 South
Washington, D.C. 20530
Tele: 202-307-0088/Fax: 202-514-8742
Megan.Englehart@usdoj.gov

*Attorneys for Federal Defendants*[1]

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> NORRIS COCHRAN, *et al.*, <br><br> *Defendants,* <br><br> and <br><br> AQUABOUNTY TECHNOLOGIES, INC., <br><br> *Intervenor-Defendant.* | Case No. 3:16-cv-01574-VC <br><br><br> **FEDERAL DEFENDANTS' NOTICE OF APPEAL** |

---

[1] Additional counsel listed on signature page.

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1291, notice is hereby given that Federal Defendants in the above-named case appeal to the United States Court of Appeals for the Ninth Circuit from the Court's November 12, 2020 Judgment. ECF No. 288. A copy of the Judgment is attached.

Dated:  April 12, 2021

Respectfully submitted,

OF COUNSEL

DANIEL J. BARRY
Acting General Counsel
Department of Health and
  Human Services

ANNAMARIE KEMPIC
Deputy Chief Counsel, Litigation
Food and Drug Division

LESLIE COHEN
BARBARA ALKALAY
Associate Chief Counsels
Food and Drug Division
5630 Fishers Lane
Rm. 2007
Rockville, MD  20857
Tele: (301) 796-0551 (Cohen)
Tele: (301) 348-3085 (Alkalay)
Leslie.cohen@fda.hhs.gov
Barbara.alkalay@fda.hhs.gov

BRIAN M. BOYNTON
Acting Assistant Attorney General
MICHAEL D. GRANSTON
Deputy Assistant Attorney General
GUSTAV W. EYLER
Director
HILARY K. PERKINS
Assistant Director

MARY M. ENGLEHART
Trial Attorney (Maryland Bar)
Consumer Protection Branch
United States Department of Justice
450 Fifth St., N.W., Suite 6400 South
Washington, D.C.  20530
Tele:  202-307-0088/Fax:  202-514-8742
Megan.Englehart@usdoj.gov

JEAN E. WILLIAMS
Acting Assistant Attorney General

 /s/ Frederick H. Turner
FREDERICK H. TURNER
Trial Attorney (Maryland Bar)
MICHAEL S. SAWYER
Trial Attorney (D.C. Bar #1009040)
United States Department of Justice
Environment & Natural Resources Division
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C.  20044-7611
Tele:  202-305-0641/Fax:  202-305-0275 (Turner)
Tele:  202-514-5273/Fax:  202-305-0506 (Sawyer)
Frederick.turner@usdoj.gov
Michael.Sawyer@usdoj.gov

*Attorneys for Federal Defendants*

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document.

_/s/ Frederick H. Turner_
Frederick H. Turner

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2021, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

_/s/ Frederick H. Turner_
Frederick H. Turner
