TODD KIM
Assistant Attorney General
FREDERICK H. TURNER, Trial Attorney (MD Bar)
LEILANI DOKTOR, Trial Attorney (HI Bar)
Environment & Natural Resources Division
United States Department of Justice
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C.  20044-7611
Tel:  202-305-0641/Fax:  202-305-0275 (Turner)
Tel.:  202-305-0447/Fax:  202-305-0506 (Doktor)
Frederick.Turner@usdoj.gov
Leilani.Doktor@usdoj.gov

*Attorneys for Federal Defendants*[1]

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES, *et al.*, | Case No. 3:16-cv-01574-VC |
| *Plaintiffs*, | **SETTLEMENT AGREEMENT REGARDING ATTORNEYS' FEES AND COSTS AND [PROPOSED] ORDER** |
| v. | |
| XAVIER BECERRA, *et al.*, | |
| *Defendants*, | |
| and | |
| AQUABOUNTY TECHNOLOGIES, INC., | |
| *Intervenor-Defendant*. | |

---

[1] Additional counsel listed on signature page.

On March 30, 2016, Plaintiffs filed the above-captioned action (Lawsuit) challenging the U.S. Food and Drug Administration's approval of AquaBounty Technologies, Inc.'s new animal drug application concerning a line of genetically engineered Atlantic salmon. ECF No. 1. On July 15, 2016, following Federal Defendants' motion to dismiss Claims 9 and 11 (ECF No. 50), Plaintiffs filed an amended complaint, in which they withdrew their original Claim 9 and substituted a new Claim 9. ECF No. 53. On August 30, 2016, the Court granted Federal Defendants' motion to dismiss Claim 11. ECF No. 66. On September 28, 2016, the Court granted Federal Defendants' motion for judgment on the pleadings on Claim 9 in the amended complaint. ECF No. 70. On December 19, 2019, the Court granted in part Federal Defendants' motion for judgment on the pleadings on Claims 1, 8, 12 and 13, entering judgment for Federal Defendants on Claims 1, 8, and 13 and deferring decision on Claim 12. ECF No. 229. On November 5, 2020, the Court granted Plaintiffs' motion for summary judgment on Claims 2, 6, and 10 and granted Defendants' cross-motion for summary judgment on Claims 3, 4, 5, 7, and 12. ECF No. 285. On March 16, 2022, Plaintiffs filed a motion for attorneys' fees and costs. ECF No. 320. On April 27, 2022, Federal Defendants filed an opposition to Plaintiffs' motion for attorneys' fees and costs. ECF No.329. On May 10, 2022, the parties participated in a settlement conference, during which they reached an agreement on fees and costs. ECF No. 331.

Plaintiffs and Federal Defendants (the Parties) have resolved Plaintiffs' claim for attorneys' fees and costs and hereby agree and stipulate as follows (the Agreement):

1.      Federal Defendants shall pay and Plaintiffs shall accept $700,000.00 in full satisfaction of any and all of Plaintiffs' claims, demands, rights, and causes of action, pursuant to Section 11(g) of the Endangered Species Act, 16 U.S.C. § 1540(g), the Equal Access to Justice

Act, 28 U.S.C. § 2412(d), or any other statute and/or common law theory, for attorneys' fees and costs incurred in connection with the Lawsuit through and including the date of this Agreement.

2.      Federal Defendants shall make the payment set forth in Paragraph 1 of this Agreement by electronic funds transfer to Plaintiffs' counsel, on behalf of Plaintiffs. No later than ten (10) days following the filing of this Agreement with the Court, Plaintiffs, through their counsel, shall provide counsel for Federal Defendants the following information necessary for Federal Defendants to process the payment set forth in Paragraph 1: the Plaintiffs' names, the payees' names, the payees' address, the payees' bank name and bank address, the payees' bank account name and number, the account type, the bank routing transit number, the ABA number, and the payees' tax identification number. Upon the request of counsel for Federal Defendants, counsel for Plaintiffs shall provide additional information (including the tax identification numbers of Plaintiffs), if needed, to process the payment set forth in Paragraph 1.

3.      Federal Defendants shall submit all paperwork necessary to complete the $700,000.00 payment set forth in Paragraph 1 within fourteen (14) business days of receipt of either the approval of this Agreement by the Court or receipt of the information described in Paragraph 2, whichever is later. Plaintiffs, through their counsel, shall confirm receipt of the payment within seven (7) days of receipt of such payment in writing to counsel for Federal Defendants.

4.      Plaintiffs' acceptance of the $700,000.00 payment set forth in Paragraph 1 shall operate as a full release of Plaintiffs' claims for attorneys' fees and costs arising out of the Lawsuit.

5.      The Parties agree that this Agreement was negotiated and entered into in good faith and that it constitutes a settlement of claims that were vigorously contested, denied, and

disputed by the Parties. This Agreement shall not be offered as evidence in any other judicial proceeding or construed as an admission or concession of any wrongdoing, liability, or any issue of fact or law concerning the claims settled under this Agreement. Except as expressly provided in this Agreement, none of the Parties waives or relinquishes any legal rights, claims, or defenses it may have.

6.      By entering into this Agreement, Federal Defendants do not waive any right to contest fees and costs claimed by Plaintiffs, including hourly rates, in any future litigation or continuation of the present action, and Plaintiffs do not waive any right to claim such fees and costs. The undersigned Parties agree and acknowledge that this Agreement as to attorneys' fees and costs has no precedential value and shall not be used as evidence in any other attorneys' fees and costs litigation, except as necessary to enforce the terms of this Agreement.

7.      No provision of this Agreement shall be interpreted as, or constitute, a commitment or requirement that Federal Defendants are obligated to spend funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other law or regulation.

8.      The terms of this Agreement constitute the entire agreement of the Parties, and all previous understandings, agreements, and communications concerning settlement of Plaintiffs' claims for attorneys' fees and costs incurred in the Lawsuit that occurred prior to the date hereof, whether express or implied, oral or written, are fully and completely extinguished and superseded by this Agreement. This Agreement may be modified only upon mutual written consent of the Parties.

9.      The undersigned representatives of Plaintiffs and Federal Defendants certify that they are fully authorized by the Parties they represent to enter into the terms and conditions of this Agreement and to legally bind the Parties to it.

10.     The provisions of this Agreement shall apply to and be binding upon each of the

Parties, including, but not limited to, their officers, directors, servants, employees, successors,

and assigns.

11.     The terms of this Agreement shall become effective upon entry of an Order by the

Court ratifying the agreement.


Dated:  June 1, 2022                              Respectfully submitted,


*Of Counsel*                                      TODD KIM
                                                  Assistant Attorney General

DANIEL J. BARRY                                    */s/ Frederick H. Turner*
Acting General Counsel                            FREDERICK H. TURNER, Trial Attorney (MD Bar)
U.S. Department of Health and Human               LEILANI DOKTOR, Trial Attorney (HI Bar)
Services                                          Environment & Natural Resources Division
                                                  United States Department of Justice
MARK RAZA                                         Benjamin Franklin Station, P.O. Box 7611
Chief Counsel                                     Washington, D.C.  20044-7611
                                                  Tel:  202-305-0641/Fax:  202-305-0275 (Turner)
WENDY VICENTE                                     Tel.:  202-305-0447/Fax:  202-305-0506 (Doktor)
Acting Deputy Chief Counsel, Litigation           Frederick.Turner@usdoj.gov
                                                  Leilani.Doktor@usdoj.gov
LESLIE COHEN
Associate Chief Counsel
BARBARA ALKALAY                                    MARY M. ENGLEHART, Trial Attorney (MD Bar)
Senior Counsel                                    Consumer Protection Branch
Office of the Chief Counsel                       United States Department of Justice
U.S. Food and Drug Administration                 450 Fifth St., N.W., Suite 6400 South
10903 New Hampshire Avenue                        Washington, D.C.  20530
Silver Spring, MD  20993-0002                     Tel:  202-307-0088/Fax:  202-514-8742
Tel.: 301-796-0551 (Cohen)                        Megan.Englehart@usdoj.gov
Tel.: 301-348-3085 (Alkalay)
Leslie.Cohen@fda.hhs.gov
Barbara.Alkalay@fda.hhs.gov
                                                  *Attorneys for Federal Defendants*

/s/ Amy van Saun
Amy van Saun (*Pro Hac Vice*)
George Kimbrell (*Pro Hac Vice*)
Center for Food Safety
2009 NE Alberta Street, Suite 207
Portland, OR 97211
T: (971) 271-7372
Emails: gkimbrell@centerforfoodsafety.org
avansaun@centerforfoodsafety.org

Stephen D. Mashuda (*Pro Hac Vice*)
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
T: (206) 343-7340 / F: (206) 343-1526
Email: smashuda@earthjustice.org

Brettny Hardy (CA Bar #316231)
Earthjustice
50 California St, Suite 500
San Francisco, CA 94111
T: (415) 217-2142
Email: bhardy@earthjustice.org

*Attorneys for Plaintiffs*

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document.

/s/ Frederick H. Turner
*Attorney for Federal Defendants*

5

**[PROPOSED] ORDER**

PURSUANT TO THE AGREEMENT AND STIPULATION, IT IS SO ORDERED:

1. Federal Defendants shall pay and Plaintiffs shall accept $700,000.00 in full satisfaction of any and all of Plaintiffs' claims, demands, rights, and causes of action, pursuant to Section 11(g) of the Endangered Species Act, 16 U.S.C. § 1540(g), the Equal Access to Justice Act, 28 U.S.C. § 2412(d), or any other statute and/or common law theory, for attorneys' fees and costs incurred in connection with the Lawsuit through and including the date of this Agreement.

Dated:

_____
Hon. Vince Chhabria
United States District Judge